IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-151-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| SHAWN THOMAS CONRAD, | |
| Defendant. | |

Defendant having filed an Unopposed Motion to Vacate Trial and Reset for Change of Plea (Doc. 26) on April 22, 2019,

IT IS HEREBY ORDERED that the trial set for May 6, 2019 is **VACATED**.

IT IS FURTHER ORDERED that a change of plea hearing is set for **Tuesday, April 30, 2019 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty. The time between April 22, 2019 and April 30, 2019 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

DATED this 23rd day of April, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1