

JUN - 4 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. SHAWN THOMAS CONRAD, Defendant. | Cause No. CR-18-151-BLG-SPW<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR RETURN OF SEIZED PROPERTY** |
|---|---|

Upon the Defendant's Unopposed Motion For Return of Seized Property (Doc. 40) and good cause being shown,

IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Return of Seized Property is **GRANTED**. The government shall return the following items to Mr. Conrad's counsel as soon as possible:

1. A Synology disc station SN# CCK0N06383 with power cord
2. A Linksys wrt 1200 AC router SN# 16R1060B502165 with 2 yellow cords and 2 black cords
3. A Cisco Linksys AE1000 USB Drive SN unreadable
4. A Walmart Picture CD

5. A Cisco Linksys E2000 Router SN# CVR01L251169 with 1 black cord, 1 yellow cord and 1 blue cord

6. A HP Computer SN# 3CR8510HCC with power cord

7. A Linksys EA 6900 router SN# 13H1160A517547 with black and yellow cord

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 4th day of June 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge