FILED

OCT 30 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN THOMAS CONRAD,<br><br>Defendant. | CR 18-151-BLG-SPW<br><br>ORDER |

A copy of the sentencing transcript in this case has been requested by a third party. In the interests of protecting a juvenile's privacy,

IT IS ORDERED that the name of the juvenile shall be redacted from the applicable portions of the sentencing transcript in this matter.

DATED this 30th day of October, 2019.

SUSAN P. WATTERS
United States District Judge

1